· [Civil No. 1017.   Filed March 27, 1908.]

[94 Pac. 1134.]

MAY M. CLARK, Plaintiff and Appellant, v. LIBERTY
MINING AND SMELTING COMPANY, a Corporation,
Defendant and Appellee.

PLEADING—AMBIGUITY.—A complaint to recover upon a contract set forth
therein, which contract upon its face is uninterpretable, which con-
tains no extrinsic facts in aid of the interpretation, does not state
a cause of action.

APPEAL from a judgment of the District Court of the
First Judicial District, in and for the County of Pima.   John.
H. Campbell, Judge.   Affirmed.

The necessary facts are stated in the opinion.

Eugene S. Ives, for Appellant.

S. L. Kingan, and A. A. Worsley, for Appellee.

PER CURIAM.—May M. Clark brought suit against the
Liberty Mining and Smelting Company to recover upon a
contract set forth as part of her complaint.   From a judg-
ment against her she has appealed.   The assignments of error
all attack the findings of fact made by a referee, to whom the
case, pursuant to stipulation, was referred for trial and find-
ings.   To review these findings we must interpret the con-
tract upon which Mrs. Clark sued.   This contract is remarka-
ble for its insoluble ambiguity.   Its solution is not aided
extrinsically.   The ambiguity goes to the extent of render-
ing the contract unenforceable.   Wherefore the complaint,
based upon it, does not state a cause of action.   It follows
that the judgment against the plaintiff must be affirmed.

CAMPBELL, J., not sitting.